TOWN OF MORGAN *v.* TOWN OF BRIGHTON.

January Term, 1922.

Present: WATSON, C. J., POWERS, TAYLOR, MILES, and SLACK, JJ.

Opinion filed January 16, 1922.

*Town Lines—Report of Commissioners Unobjected to Conclusive.*

A division line between two towns as established by a report of commissioners, which is unobjected to and on which no question of law arises, is conclusive.

ORIGINAL PETITION to the Supreme Court for Orleans County under the provisions of Chapter 175 of the General Laws for the appointment of commissioners to locate the division line between the towns of Morgan and Brighton. Heard on the commissioners' report at the January Term, 1922.

The material part of the report is as follows: "After careful and thorough investigation, your commissioners find that two blazed spruce stubs, both long dead, are undoubtedly, in their opinion, of the age of marking done by Surveyor General James Whitelaw in his survey of the town of Caldersburgh into lots for

the proprietors thereof in June, 1788, and that they designate points in the line of division between lots numbered 14 and 15 of the then town of Caldersburgh, which division line, by Act of Assembly, has now become the town line between Morgan and Brighton before named, and is the town line now in question.

"Accordingly, we find that the true line between the afore-named towns begins from an ancient birch stub (it having appeared in evidence that the original southwesterly corner of lot numbered 14 in range numbered 1 was a birch tree) standing in the original northeast line of Random at 1.94 chain northwest from the 'Spruce marked M 13 on the northwest side of a Hill' (as described by Surveyor General Whitelaw to be standing at 5 chains southeast from the original north corner of Random and south corner of Navy, recorded in Papers of the Surveyors-General, Volume 10, page 93), said birch stub being 0.06 chain northwest from a maple tree with witness trees and blazes upon the four sides about 30 years old, thence the town line aforesaid to be by us determined runs north 52° 6' east (by the magnetic meridian of August, 1921) passing (at 64 chains) 15¾ feet northwest from the northwest end of a bridge 49 feet long spanning Pherring's river and at 141.14 chains passing through one of the two spruce stubs above named as an original Whitelaw marked tree, and continues to a stake at 282 chains, where the line described intersects the southwest line of the Warren Gore.

"The line above described we unanimously find to be the true present town line dividing Morgan and Brighton."

*Aaron H. Grout* for the petitioner.

*C. R. Powell* and *Searles & Graves* for the petitionee.

Per Curiam.   This proceeding is brought under G. L. Chap. 175, to locate the division line between the town of Morgan and the town of Brighton.   The commissioners heretofore appointed pursuant to the statute have filed their report establishing the line, and no objection being made thereto and no question of law arising thereon, the line as established is conclusive.

*Judgment that the report of the commissioners is accepted; that the line therein established as the division line between the towns is, and shall be, the division line between them; and that*

*the petitioner recover its costs. It is ordered that the commissioners mark such division line and make record thereof in the manner required by statute, and that the expense of so doing shall be borne equally by said towns.*